**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HENRY JONES, JR.**                                                                              **PLAINTIFF**

**VS.**                                    **4:12-CV-00094-BRW**

**OFFICER VINCENT THORNTON,
Individually and in his Official Capacity
as a North Little Rock Police Office; and
CHIEF DANNY BRADLEY, Individually
and in his Official Capacity as CHIEF OF
THE NORTH LITTLE ROCK POLICE DEPT.**                                          **DEFENDANTS**

## ORDER

Pending is the parties' joint Motion for Entry of Agreed Protective Order (Doc. No. 7).

After careful review, I am satisfied that the proposed order squares with Judge Anderson's

article and template,[1] and with my view of the limited necessity for protective orders.  Therefore,

the parties' motion is GRANTED, and the Agreed Protective Order will be entered in this case.

IT IS SO ORDERED this 7th day of September, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]See Joseph F. Anderson, Jr., *Hidden from the Public by Order of the Court: The Case Against Government-Enforced Secrecy*, 55 S.C. L. Rev. 711 (2004).